COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00013-CV |
| Style: | Marcus Brent Patterson, Individually, as independent administrator of the Estate of Diane Patterson, and as next friend of Daniel Patterson and Danae Patterson; Danae Patterson; and Daniel Patterson |
| | **v** Brewer Leasing, Inc. |
| Date motion filed[*]: | March 19, 2014 |
| Type of motion: | Motion for extension of time to file the reporter's record |
| Party filing motion: | Court reporter |
| Document to be filed: | Reporter's record |

If motion to extend time:

| | |
|---|---|
| Original due date: | January 17, 2014 |
| Number of prior extensions: | 2          Current Due date:  March 17, 2014 |
| Date Requested: | March 31, 2014 |

Ordered that motion is:

☐      Granted

         If document is to be filed, document due:

         ☐    The Court will not grant additional motions to extend time

☒      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

**The record was originally due on January 17, 2014.  We have granted two extensions for filing the record and previously notified the reporters that no further extensions would be granted.  Accordingly, we deny the motion.  If the record is not filed within 14 days of the date of this order, we may require the court reporter to appear and show cause why the record has not been filed.**

Judge's signature: /s/ Chief Justice Sherry Radack

         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  March 25, 2014
November 7, 2008 Revision